**EXHIBIT 3**

I am a victim of child pornography. I was abused sexually by my father. I have very few memories of my early childhood. I try to block out most of my past but some memories have slipped through the cracks and are still present. These are triggered when I hear about pictures of my abuse being downloaded from the internet. Closing my eyes I can see my father and I begin to feel sick. The idea of other sick men looking at my father abusing me makes me sick. I had put much of this out of my mind, but when I learned that my pictures are out on the internet it all came rushing back to me.

I wonder when I see men on the street or in the grocery store or anywhere around our town if they have looked at my pictures. Sometimes when I start to think about that I can't stop it and find myself stuck in a circle of thought. It all comes rushing back to me and when I had to testify and when my dad or his friends were standing over me naked and telling me everything was okay. I can't express how horrifying that experience was for me.

I know I need therapy but even this seems really hard. I want to put all of this behind me and live a normal life. I want to forget it all and be able to be free of my fears and memories.

Because of these men and my father I can never feel love the way I want to. I can't even feel confident with the way I look. Every day I have to convince myself that I am safe.. I am older and understand that I am a victim. Not a criminal. All these other men are the ones that are in the wrong. Writing about my life is difficult, remembering and sharing those memories is difficult but I need to tell my story. People move on in life but when you are a victim of such gut-wrenching crimes you always stand still. No matter how hard I try to move on and get over what is happening, it always creeps up on me. There's always that fear in my mind of what is happening. I don't want children of my own. The fear eats at my thoughts and I can't imagine something this horrible happening to them too. I don't want a house with that white picket fence out front. I had that house once and it held too many dark secrets. I just want to move forward. I want to keep criminals like my father in prison and all those who are looking at and trading in my pictures.

Date __8/10/14__

**VICTIM IMPACT STATEMENT**

I was once a confused little girl. I was sexually abused by my dad and he took many, many pictures of what he did to my sister and me. He had more than one million pictures on his computer of my sister and me and other children when the police caught him. I am a victim of child pornography and I know that these pictures of me and what are the most awful and shameful things imaginable have been around the world on the internet. I know that my dad sent them to Denmark, Belgium, Germany, England, Switzerland, and the Netherlands as well as many, many places here in the United States.

My father and his friends in his "Fun Club" are far more dangerous than the typical scummy criminal. These men, and the many others who I know have looked at the pictures of me are clean-shaven, wear nice clothes and have good jobs, even professional jobs like my father did. They live a secret, double life and can pass as normal and be respected but they are the worst of the worst and have committed horrible crimes. They are worse than the ones who look like criminals, because they are all around us and we don't know who they are.

I am plagued with horrible images of what is now permanently on the internet showing what my father and men have done to me. I am a hypochondriac. I have had severe anxiety attacks and I am very paranoid all the time. I feel that everyone knows what was done to me and that anyone and everyone around me when I am outside of my house may have seen these pictures and will recognize me. I am afraid that men will come on to me because they have seen these pictures and want to torture me too. I have had people I know in my town come up to me and ask me how I am and then start talking about what happened and how awful it was and they just keep talking and talking like they don't know that even bringing it up and especially out in public, hurts me more. If it had not been pictures all over the internet, I don't think this would happen.

All I ask for is a little peace and space to be left alone and do the best with my life that I can. I have learned that no drug, alcohol, or alter call can help me over this. Most days I feel like a zombie, just going through the motions. I got involved with drugs and alcohol. I thought the more I did, the more the thoughts would go away and I would feel nothing. The drugs and alcohol got the best of me and I yelled and screamed and fought with my mom and my family and refused to go to school. I had behavioral problems at school and had to be removed a lot. I am so lucky that my mom and my sisters and brother stuck with me and helped me finish school. I never could have done it without them. I often thought of suicide and once overdosed. I live with such shame and fear every day. Every day I feel unsafe and threatened. I wonder if the men who my father sent my pictures to are getting out of jail or whether there are others who have seen my pictures and will try to come find me. I know that I need therapy. I have low self-esteem, guilt, shame and blame. I have trouble sleeping, I have anxiety, I am dependent on my family for support to just get through the day and

to be able to accomplish the things I am able to. We had a little bit of counseling when this all first happened but I need it more now. I believe I need therapy long term and I would like to start as soon as I can afford it. What I experienced has layers and I am committed to healing my whole life.

I have a job as a server in a restaurant now. I have sometimes had problems getting through a shift. Recently a customer told me I looked familiar to him. He kept saying it over and over and asking me questions about myself and my background. I thought that he must have seen my pictures and I became afraid and ran away. I was upset and crying and could not finish my shift. Even when men don't ask questions like that sometimes I am overcome with fear or anxiety and have to withdraw. I tried to take part in things at school like being a cheer leader. I worked hard at it and could do all the cheers. I was really good at it but being out in front of all those people at the games was too much for me. I got overwhelmed and afraid and I had to quit. I just want to be normal like other girls my age. But I struggle to do the "normal" things. I feel I have to work twice as hard to fit in, to get average grades, to get through a shift at work, to go to college, or to get my license to drive. I want to go to college to become a nurse. I think I would be really good at it. I can do the school work but it is so hard for me to go into a place full of strangers that I don't know if I can do it. I hope that with therapy I will be able to overcome my fears and get on with my life.

I will need real help to cope. I live in fear everyday because I am still being mistreated and abused by having my photos out there forever. I have gotten buckets of letters to prove it. Every time I look up a person named in those letters I think of my father who had over one million pictures and of all those terrible things he did to me and my sister. I think about how my life doesn't matter to the people that look at my pictures, that they just use me for their pleasure. I am so thankful for my dad being caught, for being stopped. I couldn't imagine another day of what I had to go through and that he was encouraging other terrible men like himself to do those things to other children. Please think of me and how it is my dream to be normal when some clean-shaven, khakis and button-up-shirt doctor or other person like my father, some guy who downloads pictures of me or my sister or some other tortured little child, may be convicted and is not your typical scummy looking criminal. They hurt us every time they look at our pictures. They are the reason we are afraid every day, that we cry almost every day, and some days don't want to go on.

7-22-14
Date:

[signature redacted]
Signature:

Mother's Victim Impact Statement for "Alice" and "Aurora"

My life fell apart in the year 2000. My husband was arrested for child pornography. I couldn't believe what was happening to us. I am the mother of four beautiful children. Unfortunately, my children are victims of child pornography. My two youngest were being victimized from two-six years old. This crime has affected the entire family in different ways. Knowing my daughters were raped by their father and his friends and their pictures looked at by thousands just sickens me. It fills me with hurt, shame and disgusts me to know that my children are being exploited every day. Not only could I not protect them in my household, but I am still to this day not being able to protect them by knowing these exploited images can never be removed. I was supposed to trust my husband with our children. Meanwhile he was hurting our gifts of life. Trust is an issue for each and every person in this family. My children trusted and loved their father. They were told to keep this their secret and were taken advantage of. My girls have such hate and aggression toward any man. I can remember after the case my girls 5 and 6 would flip off men if they looked at them, pastors, teachers, driving etc. To this day every man is guilty till proven innocent.  They wonder if any man they see is one who looks at child pornography, or worse has looked at their images.

In trying to cope, my girls inflicted pain upon themselves. They blamed themselves. They tried lying in the street to be run over, they wanted to throw themselves out of the car, they starting cutting themselves and playing with fire. The sick part was as much as I assured them my love and trust in them; they still blamed themselves for taking my husband away which breaks my heart. I was never or will ever abandon my children, they are my life. They walk with their heads down in shame, they live in fear someone will remember their case or see their photo's,  they walk in humiliation. I have seen at least a letter a day for each child, "Alice" and "Aurora", since 2002 telling me someone, somewhere, is looking at my little girls for enjoyment. For whatever pleasure they get out of that, that person will never know that was stolen innocence, manipulation and torture for my little girls. It makes me sick to my stomach that these letters will never stop. The pain and suffering because of what my husband has done to myself, and our children is unimaginable and unforgiveable. I always worry about their safety, now I have the worry forever about the sick people who is looking at their pictures for sexual enjoyment. I myself have had a heart attack, leaking valve and diagnosed with diabetes. Being a single parent is hard enough,

being a single parent to abused, confused, and traumatized children was even harder. I remember "Alice" was so happy to be in the same class as her friend, but once the friend's mom found out she was in the class, the mom had her daughter removed immediately. "Alice" was crushed. I had to constantly watch out for the news or the newspaper so I wouldn't send my children to school on those days because it was too much for the children to bear. I remember taking my daughter to countless doctor appointments thinking something was wrong with her or she was sick or she thought she had a disease. To have this happen to my children under my watch makes me feel like I have failed as a parent. To watch my girls say they don't want marriage, or children really hurts, and I know it's because of being traumatized. They feel how could they trust their husband? How would they know that any man they might meet and care about wouldn't be someone who watches child pornography? How could they have children when they feel uncomfortable babysitting because they feel like the parents know they were abused, or may think they are gross or they will do that to their children?

     My girls say if someone like me can love them so much, and something like this can still happen out of my power then they can't stop it happening to their future children. I worry every single day for my children's future. They can never put this behind them because the pictures can never be taken off the internet. What are they to do? They deserve the best, they deserve a fresh start. My daughters are not just another face, not just an image to look at. They are suffering everyday mentally, emotionally, and spiritually. They both need professional help to make what ever they can out of the life that is now left to them. I hope the court will help them.

Date: 8/01/2014

Sister's Victim Impact Statement

I am ████████ year old woman who was a victim of child pornography. My whole family are victims of my two sisters "Alice" and "Aurora" having pictures of their sexual abuse online. My two sisters and our family will never be the same.

I'd like to tell you that my problems went away as soon as my dad who was titled as, "The Ring Leader" went to prison. That was not the case. I was so angry, for so long, because I felt like going to prison was the easy way out. We had to continue to live and go to school in our small town. We dealt with the shame, the condemnation and humiliation, meanwhile our whole world was upside down.

I was 9 at the time and my sisters who were victimized were 4 and 5. I knew in my heart something my dad was doing was wrong, but in my head thought, "How could it be wrong, he's my dad? And I love him." But I also had this instinct as an older sister to go wherever with them. My dad saw me as a nuisance. He was always taking pictures of my sisters and he brought his men friends to our house. I know now that they raped my sisters. So many men all around the world came to visit us, all sick perverted men that my dad subjected my family too. I broke cameras, ripped up tapes my dad had, broke his monitor and taken beatings for it. That was the only way I felt like getting justice. I didn't know what pornography was, let alone child pornography so I didn't know how to tell on my dad.

I have held my sisters while they cried themselves to sleep countless nights, meanwhile thoughts running through my mind how it's my fault. When my grandpa, my dad's dad came to visit, my sisters thought my dad escaped from prison and found them. It broke my heart the amount of fear they still had. I have watched them both go through different trials of cutting themselves, hating themselves, finding worth in guys and numbing their pain by weed, ecstasy, pills and alcohol. My sister "Alice" has severe anxiety attacks that are so bad that I once thought there is no way she will ever hold a job, or go to college. I brought her to school with me and had her take the same classes I took so I could help her through. She managed to complete her first semester, and she is now a waitress. I know it is really, really hard for her, but she picks herself up and puts her foot forward to try to take another step and be as normal as possible.

"Aurora" has the same problems, though she is a little older and may be coping a little better. But, she has also cried a lot and I see how she has put limits on what she does in life too. She is horrified by the thought that pictures of her in her most vulnerable and painful moments are on the web and that people are enjoying them. It is so hard for any of us to believe. There is a dark cloud that follows her wherever she goes.

I have watched both my sisters grow tremendously and beat what statistics say they should be like, why? Because pure love is the true remedy and covers a multitude of hurt. We live in so much fear of who knows, has this person seen what our dad made us do, and do people think we are sick or is it our fault for far too long. The pictures being on the internet means that there will never be an end to this fear, these questions, our not

knowing, our looking over our shoulders, or wanting to go home and pull the covers over our heads. There isn't a day goes by that I don't replay what I could have done to have protected my sisters or those other children better. I am plagued with horrible images or memories of what had happened to my siblings & I. No matter how many self help books I read, how many psychology classes I have taken, or going to the altar at church I've done, I still feel like it was yesterday and can not be removed from my heart, eyes and mind. Those images aren't just on a screen being looked at without consequences. Those images signify lines being crossed that should never be. This is my time for justice. "To all this pain, it's not enough to do nothing. It's time for us to do something" I hope someone will take into consideration what has happened to our family and make the people who look at these awful pictures contribute to our recovery. No words can describe what has happened to us or what my sisters and I live with every day. Still we are doing our best to cope

Date: 8/2/2014

