HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| "AURORA",<br><br>                    Plaintiff,<br>     v.<br><br>PATRICK ALLEN SHEELY,<br><br>                    Defendant. | CASE NO. 16-cv-1358-RSM<br><br>DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>**NOTE ON MOTION CALENDAR:**<br>**February 3, 2017**<br><br>WITHOUT ORAL ARGUMENT |

CAROL L. HEPBURN hereby declares the following to be true and correct under penalty of perjury of the laws of the State of Washington:

I am one of the attorneys representing the Plaintiff "Aurora" in this action herein.

I am an attorney admitted to practice law in the States of Washington and Oregon. I submit this Declaration in support of Aurora's Motion for Partial Summary Judgment in this case.

DECLARATION OF CAROL L. HEPBURN IN
SUPPORT OF PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 1

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

1. I began representing Aurora in the summer of 2014. Since that time she has designated me to receive from the Department of Justice Victim Notification System notices of federal prosecutions involving her child sex abuse images. Early on I requested notice of prosecutions occurring prior to our representation. We have received notice of three federal criminal prosecutions over all. Although it has been my intent to submit requests for restitution in such prosecutions, there has been only one such case which was ripe for such a submission and that request is still pending.

2. Given the lack of notices of federal prosecutions I sought from the National Center of Missing and Exploited Children (NCMEC) have twice a "Seen Before" report concerning Aurora's images. I have been informed by NCMEC that the series name of Aurora's images is the "LJ" series. The "Seen Before" report gave me a list of inquiries from state and local law enforcement which resulted in identification of Aurora's images. From one of these reports I was advised on April 26, 2016 of the prosecution of Mr. Sheely by the Snohomish County Prosecuting Attorney. Prior to receipt of this information I had no knowledge of Mr. Sheely's offense.

3. Attached as Exhibit 1 ("Ex. 1") is a true and correct copy of the Statement of Defendant on Plea of Guilty in the case of *State of Washington v. Patrick Allen Sheely*, Snohomish County Cause No. 13-1-02132-8. (hereinafter *"State v. Sheely"*)

4. Attached as Exhibit 2 ("Ex. 2") is a true and correct copy of the Judgment and Sentence in *State v. Sheely*.

5. As a part of my work on this case, I made a public disclosure request for

DECLARATION OF CAROL L. HEPBURN IN
SUPPORT OF PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 2

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

the investigative reports from Washington State Patrol and the Snohomish County Prosecutor's Office.  As a part of this response, I received a copy of the Presentence Investigative Report dated August 11, 2014 for Defendant Sheely.  This report indicated as follows:

Forensic experts found 500 images of child sex abuse in the course of their investigation of Defendant Sheely's electronic devices;

Defendant Sheely admitted to downloading and viewing child pornography over a period of fifteen (15) years;

Sheely stated that he had downloaded and viewed approximately 10,000 videos and images of children from infancy to age 17 years old. He also admitted to taking part in Peer-to Peer (P2P) trading of the images;

Defendant Sheely told detectives and his sexual deviancy evaluator that his crimes were victimless;

Sheely acknowledged, however, that the children in the images and videos appeared sad and did not look like they were enjoying the abuse;

The Presentence Investigator noted that Sheely expressed a tremendous lack of empathy for the children who were being sexually brutalized by adults and never demonstrated concern for their welfare.

6. Attached as Exhibit 3 ("Ex. 3") is a true and correct copy of the National Center for Missing and Exploited Children ("NCMEC") Child Identification Report ("CVIP"), received by me from NCMEC, documenting that Plaintiff's image(s), a part of the so-called "LJ" series of child pornography, were found in Defendant's possession.

DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 3

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

7. Attached as Exhibit 4 ("Ex. 4") is a true and correct copy of Plaintiff's Victim Impact Statement, and those of her mother and sister ("VIS").

DATED this 29th day of December, 2016.

        CAROL L. HEPBURN, P.S.

        By __/s Carol L. Hepburn_____
        By __/s J. William Savage_____
        Carol L. Hepburn, WSBA No. 8732
        J. William Savage, WSBA No. 32148
        200 First Avenue West, #550
        Seattle, WA  98119
        (206) 957-7272
        (206) 957-7273 fax
        Emails:  carol@hepburnlaw.net
                       jwsavage@earthlink.net
        Of attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Carol L. Hepburn, being first duly sworn on oath, depose and state: That at all times mentioned herein I was over 18 years of age; that I caused to be

DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 4

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

served via electronic mail and U.S. Mail, postage prepaid, a true and correct copy of the foregoing document, to the parties as follows:

Alexei C. Garick, WSBA No. 50962
David S. Marshall, WSBA No. 11716
THE MARSHALL DEFENSE FIRM
1001 Fourth Avenue, 44th Floor
Seattle, WA  98165
206-826-1400
206-826-1462 fax
alexei@marshalldefense.com
Attorneys for Defendant Sheely

DATED this 29th day of December, 2016.

    CAROL L. HEPBURN, P.S.

    By: /s Carol L. Hepburn
    By: /s J. William Savage
        Carol L. Hepburn, WSBA No. 8732
        J. William Savage, WSBA No. 32148
        200 First Avenue West, Suite 550
        Seattle, WA  98119
        (206) 957-7272
        (206) 957-7273 fax
        Emails:  carol@hepburnlaw.net
                jwsavage@earthlink.net
        Of Attorneys for Plaintiff

DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 5

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273