**EXHIBIT 3**



# Child Identification Report

The following Child Identification Report lists the specific file name(s), the corresponding series name and the law enforcement point of contact who is providing age verification for the children. It is the responsibility of the submitting agency to contact the listed law enforcement contact(s) for verification and identification of the child victim(s).

Due to the sensitive nature of the information requested, please refer to the instructions below to ensure the series points of contact are able to validate the request.

* When reaching out to a point of contact for additional information, whether by email or phone, please provide the **NCMEC TA Report #**, seen on the next page.
* If the request is made via email, please use your Agency email account or the same email account provided to NCMEC/Child Victim Identification Program at the time of request. Please make all attempts to not use personal email accounts such as Yahoo, Hotmail, AOL or Gmail. These personal accounts may be regarded as spam by some filtering programs, and may be viewed as "an unofficial request" by the recipient.

Adhering to these guidelines will allow the series points of contact to validate and respond to your requests quickly.

<u>CVIP recommends requesting an affidavit from the law enforcement point of contact as the first step in verifying the image.</u>

Based on the demands placed on series point of contacts, *we ask that you reserve serving a subpoena as a last resort*.

Within the Child Identification Report, you will find fields titled "State" and/or "Country". This information indicates the jurisdiction where the image/video files were produced and is provided to demonstrate the distribution of files. Additionally, "Multiple Jurisdictions" indicates multiple victims and/or jurisdictions of production while "Unknown Jurisdiction" indicates that CVIP has not been provided this information. All information regarding the distribution of files should be verified by the series law enforcement point of contact.

Please contact CVIP at cvip@ncmec.org or 1-877-446-2632 ext. 6705 with any additional questions.



*Copyright 2015, National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.*

## Child Identification Report

The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/ prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.

The names of certain series may be the victim's actual first name. Federal and various state laws restrict the public distribution of identifying information about child victims and/or witnesses to protect the privacy of victims. See 18 U.S.C. § 3509(d) and 18 U.S.C. § 3771.

| | |
|---|---|
| TA Report #: | 90822 |
| # of Image Files Identified: | 946 |
| # of Video Files Identified: | 5 |
| # of Other Files Identified: | 0 |

For file(s) listed under "Other", file type was unable to be classified by the CRIS system as an image or video; however, the file was accessible. Please consult submitted media to determine file type.

Total # of Series Identified:   18

Series (# of files)

| | |
|---|---|
| 100Acres (42) | Blue Shirt Girl (1) |
| ByDesign (8) | fe (8) |
| FreckleFriend (2) | Golden Angel (5) |
| Guitar (15) | Hayley (6) |
| Helen (1) | Hotel Pool (2) |
| Jeltsin (7) | Kylie-Shaw (2) |
| LJ (1) | Louise (2) |
| Lucy (3) | Paraguay (791) |
| Riverwalk (32) | Sabban (23) |

PLEASE NOTE: Some files may depict more than one series. Therefore adding the number of files in each series may be larger than the number of total identified files.

Copyright 2015. National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

## Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/ prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **NCMEC Request #:** | 90822 |
| **Series:** | LJ |
| **Agency:** | Clovis Police Department |
| **Investigator:** | Detective John Weaver |
| **Phone:** | 559-324-2548 |
| **State:** | CA |
| **Country:** | United States |
| **Email:** | johnwe@ci.clovis.ca.us |
| **Preferred Method of Contact:** | Phone |
| **# of Files:** | 1 |
| **Files Found:** | |

Images/Images1/B66A6701A51D283E23868F4CC55C8F29.jpg

Copyright 2015. National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.