UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

"AURORA",

        Plaintiff,

v.

PATRICK ALLEN SHEELY,

        Defendant.

CASE NO. 16-cv-1358-RSM

AFFIDAVIT OF RANDALL L. GREEN, PHD

I, Randall L. Green, PhD., being first duly sworn, do hereby depose and say: hereby declares the following to be true and correct under penalty of perjury of the laws of the State of Washington:

1. I am a psychologist, licensed by the State of Oregon. A true and correct copy of my Curriculum Vita is attached hereto at Exhibit 1. A substantial part of my practice includes forensic psychological evaluation and testimony.

AFFIDAVIT OF RANDALL L. GREEN, PHD - 1

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

2.      I was contacted by attorney Carol Hepburn to provide a forensic psychological evaluation and make treatment recommendations for the young woman who is the subject of the "LJ" series of child pornography images. I met with "Aurora" in her home, conducted collateral interviews, reviewed medical, counseling and school records, as well as records of the criminal prosecution of her original perpetrator. My psychological evaluation was completed in August 19, 2014. A Copy of my report, redacted to protect her identity, is attached at Exhibit 2.

3.      I have found throughout my work with "Aurora" that she has been a reliable and consistent historian, not given to exaggeration or hyperbole. She is focused on moving forward with her life. While she carries a heavy burden of unresolvable stress due to the presence of her images of her abuse on the internet and the consumption of these images by Mr. Sheely and others, she is doing her best to make a normal life for herself. She is an intelligent and sensitive individual who finds significance in the fact of distribution of her images on the internet as they relate to her personal safety and the continuing problem of child pornography consumption as a whole. She has suffered separate, identifiable personal injury as a result of each crime against her.

I am over the age of 18 years and am competent to testify to all matters set forth herein, which statements are also based upon my personal knowledge.

DATED this 29th day of Dec, 2016.

_____
Randall L. Green, Ph.D.

AFFIDAVIT OF RANDALL L. GREEN, PHD - 2

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

STATE OF <u>Oregon</u>:

: ss:

COUNTY OF MARION:

I certify that I know or have satisfactory evidence that Randall L. Green Ph.D. signed this instrument, on oath, and acknowledged it as his/her free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated this 29th day of Dec., 2016.

*Patsy Kay Russell*
Type/printed name: Patsy Kay Russell
Notary Public in and for the State of OREGON
My commission expires: 10-12-18

OFFICIAL STAMP
PATSY KAY RUSSELL
NOTARY PUBLIC - OREGON
COMMISSION NO. 933151
MY COMMISSION EXPIRES OCTOBER 12, 2018

AFFIDAVIT OF RANDALL L. GREEN, PHD - 3

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

# CERTIFICATE OF SERVICE

I, Carol L. Hepburn, being first duly sworn on oath, depose and state: That at all times mentioned herein I was over 18 years of age; that I caused to be served via electronic mail and U.S. Mail, postage prepaid, a true and correct copy of the foregoing document, to the parties as follows:

Alexei C. Garick, WSBA No. 50962
David S. Marshall, WSBA No. 11716
THE MARSHALL DEFENSE FIRM
1001 Fourth Avenue, 44th Floor
Seattle, WA  98165
206-826-1400
206-826-1462 fax
alexei@marshalldefense.com
Attorneys for Defendant Sheely

DATED this 29th day of December, 2016.

CAROL L. HEPBURN, P.S.

By: /s Carol L. Hepburn
By: /s J. William Savage
Carol L. Hepburn, WSBA No. 8732
J. William Savage, WSBA No. 32148
200 First Avenue West, Suite 550
Seattle, WA  98119
(206) 957-7272
(206) 957-7273 fax
Emails: carol@hepburnlaw.net
          jwsavage@earthlink.net
Of Attorneys for Plaintiff

AFFIDAVIT OF RANDALL L. GREEN, PHD - 4