# EXHIBIT 1

**CURRICULUM VITA**

**RANDALL L. GREEN, PHD**
**CLINICAL PSYCHOLOGIST**
**2250 D Street NE**
**Salem, OR  97301**
**Office:  (503) 364-6093**
**Fax:  (503) 364-5121**

*EDUCATION*:

    PhD, June, 1982, Clinical Psychology
    Western Conservative Baptist Seminary
    Portland, Oregon

    MS Degree, August, 1973, Personnel Counseling
    Miami University
    Oxford, Ohio

    BA Degree, June, 1970, Political Science
    Miami University
    Oxford, Ohio


*LICENSING AND CERTIFICATION*:
    Psychologist, License No. 0585, State of Oregon, February 1984 to present
    Psychologist, License No. PY 60270933, State of Washington, December 2012 to present


*PROFESSIONAL EXPERIENCE:*

August, 1986 - Present
    <u>CLINICAL PSYCHOLOGIST</u>, Private Practice, Salem, Oregon

    Conduct general clinical practice of assessment, treatment and consultation.  Perform forensic evaluations involving dangerousness determinations, amenability for treatment, personality profiles, Children's Service Division assessments, child custody recommendations, and general diagnostic assessments.  Expert witness in forensic work and consultation in criminal and civil litigation.

    Clientele span a wide range of ages from children to adults.  Treat diagnostic problems which include sexual deviancy, victim/trauma recovery, co-dependency, "adult child" syndromes, anxiety, depression, schizophrenia, paranoia, non-chemical addictions, eating, and personality disorders as well as disorders of childhood.  Utilize individual, marital, family and group therapy modalities.
    <u>Practice Demographics (To present) include</u>:

    1)    total no. children/adolescents assessed and/or treated: approx. 550 cases
            total no. hours: approx. 9000hrs.

|  |  |
|---|---|
| 2) | total no. sex offenders assessed and/or treated:  471 cases<br>total no. hours: approx. 10,560 hrs. |
| 3) | total no. forensic evaluations:  (pertaining to aid and assist, responsibility, pre-sentencing, SCF court-referred evaluations, and defense-related evaluations): approx. 850 |
| 4) | total no. child victims of trauma: sexual abuse, assessed and/or treated: approx. 182 |
| 5) | total no. adults molested as children, assessed and/or treated: approx. 1105 |
| 6) | total no. trauma victims:  adult rape, assessed and/or treated: approx. 90 |
| 7) | total no. other trauma/harassment victims/survivors, assessed and/or treated: approx. 170 |
| 8) | total no. court appearances, 4/2001 to 6/2015: 23 |
| 9) | total no. custody evaluations:  28 cases |
| 10) | total no. CSD/Juvenile Ct. related evaluations: approx. 60 cases |
| 11) | total no. hours, deposition hours: approx.. 35 |
| 12) | total cases retained by Cousel for the Defendant:  approx.. 7 |
| 13) | total no. hrs., all mental health assessment or treatment:  approx. 61,000+ |

1985 – 1987     **CONSULTANT AND INSTRUCTOR**, National Institute for Correction.  Washington D.C. Coordinator:  John Moore, NIC

Provide consultation and training to the institute regarding assessment and treatment strategies for sex offenders in Federal and State correctional programs.  Participated in four training sessions at the National Academy of Corrections in Boulder, Colorado.  Authored four articles on comprehensive treatment planning, psycho-educational modules program evaluation and community based follow-up strategies.

August, 1985-   **DIRECTOR**
August, 1986    Forensic Sex Offender Treatment Program
Oregon State Hospital
Salem, Oregon

Direct a comprehensive and assessment treatment program for mandated sexual offenders within a residential treatment setting.  Population consists of 40 males with a variety of disorders, including anxiety and depressive disorders, mild mental retardation, mild organic impairment, paranoid schizophrenia, impulse control, chemical abuse/ dependency, sexual dysfunction, sexual deviance and/or personality disorders.

Responsibilities include the following:

1. Selection, supervision, training and administration of a multi-disciplinary staff of 20 persons;
2. Supervision of an assessment program performing 150 evaluations per year;
3. Clinical direction of a multimodal treatment program.  Treatment includes the following:
   a) Individual, marital, family and group therapy,
   b) Educational modules focusing on assertiveness training, stress reduction and relaxation techniques, social skill development, cognitive behavioral coping strategies, communication and problem solving, criminal thinking error remediation, human sexuality and sexually addictive behavior

      patterns, chemical abuse/dependence and relapse prevention.
    c) <u>Behavioral therapy</u> utilizing the penile plethysmograph, covert sensitization, aversive olfactory and galvanic shock methods; and
    d) <u>Chemotherapy</u> involving Medroxyprogesterone Acetate (Depo-Provera) and neuroleptic medications as needed.
  4. Program development;
  5. Participation in the Forensic Disposition Board and Executive Committee;
  6. Periodic training of hospital staff in "Abnormal Psychology" and DSM III;
  7. Membership in Hospital Treatment Planning/Documentation Committee;
  8. Provide consultation services to circuit court judges, district and defense attorneys, community corrections officers and mental health professionals, as needed; and
  9. Court testimony.

July, 1983 -  **CLINICAL PSYCHOLOGIST**
July, 1985   Forensic Psychiatric Program
      Oregon State Hospital
      Salem, Oregon

Provide both direct and consultative clinical psychological services to two wards, approximately 80 patients who were mentally ill offenders, within a secure treatment facility. Population was predominantly schizophrenic, manic-depressive and/or organic, with frequent dual diagnoses of chemical abuse/dependency and/or personality disorder.

Responsibilities included staff training, psychological assessment, treatment team participation, program development and therapy group facilitation.

August, 1981-  **PSYCHOLOGICAL ASSOCIATE**
June, 1982   Forensic Psychiatric Program
      Oregon State Hospital
      Salem, Oregon

Participated in the development of a comprehensive treatment program for the mentally ill. Under the supervision of a clinical psychologist, provided psychological services to a mentally ill offender population within a secure treatment facility.

August, 1979-  **DIRECTOR AND THERAPIST** (part-time)
August, 1986  Mid-Valley Counseling Center
      1880 Lancaster Dr. NE, #123
      Salem, Oregon

After three years of part-time solo private practice, co-founder of counseling center currently staffed by seven full or part-time Christian therapists including myself. Serve as Co-Director of this center which provides approximately 85-95 hours per week of counseling, education services and consultative services.
Provide direct therapeutic services, 8 to 10 hours per week, to children, adults, couples or families.

Primary Therapeutic Orientation: Cognitive-Behavioral. Additional modalities include insight orientation and family system intervention.

Updated 11/18/16            3

*CLINICAL INTERNSHIPS*:

| | | |
|---|---|---|
| Sept., 1980-<br>June, 1981 | **INTERN**<br>Oregon State Hospital<br>Salem, Oregon | |

Internship included rotations through Neuropsychological Services Section, Community Psychiatric Program and Forensic Psychiatric Program (half-time)

| | | |
|---|---|---|
| Sept., 1979-<br>August, 1980 | **INTERN**<br>Delaunay Mental Health Center<br>Portland, Oregon | |

Participated in individual and group counseling services (half-time)
Provided psychological testing in an outpatient community mental health facility.

*OTHER PROFESSIONAL EXPERIENCE*:

March, 1989   Addiction Dynamics: Unhealthy Dependencies, Part I
                Community class offering
                Salem, Oregon

May, 1989     Addiction Dynamics: Unhealthy Dependencies, Part II
                Community class offering
                Salem, Oregon

April, 1989   Childhood Fears, Anxieties and Nightmares
                Alliance Day Care Center/Parents Education Seminar
                Salem, Oregon

March 1977-   **PROFESSOR/INSTRUCTOR**
1979          Taught classes at Western Baptist College, Chemeketa Community College and Conservative Baptist Seminary. (Subjects included Personality Theory, Partner Relationships and Sex Offender Topologies.)

              Taught adult education classes for a variety of church groups. (Subjects included marriage enrichment, premarital preparation and parent education.)

March 1977-   **CONFERENCE/WORKSHOP SPEAKER**
Present       Led a variety of workshops/conferences for community and professional groups. (Subjects included Sexual Intimacy in Marriage; Marriage Enrichment; Communication and Conflict Resolution; life planning and values clarification; stress reduction and relaxation; sexual offender and classification; assessment and treatment; and liability issues in sex offender assessment and treatment.

August, 1972- **OTHER WORK-RELATED EXPERIENCE**
August, 1976  Prior work experiences have included the following: "Youth Employment Counselor" for the Employment Division, Youth Counselor for low-income and disadvantaged teenagers, Head Resident and Program Coordinator for Oregon State University and Miami University, and USAF Personnel Officer.

Updated 11/18/16                                           4

**PROFESSIONAL ORGANIZATIONS**:

    American Association of Marriage and Family Therapists
    Clinical member 1981-1995

    American Psychological Association
    Clinical member since 1983

    Association for the Treatment of Sexual Abusers;
    Member of the Board of Directors, 1984-1988
    Clinical member: 1984-2001

    Oregon Society of Professional Marriage and Family Therapists
    Member of the Board of Directors, 1984-1987
    Clinical member from 1984-1989

    Oregon Psychological Association
    Clinical member since 1982

    The American Academy of Experts in Traumatic Stress
    Clinical member:  1995

    International Society for Traumatic Stress Studies:
    Clinical member since 1995

**CIVIC INVOLVEMENT:**

    Public Member
    Oregon Board of Bar Examiners
    2004 - Present

    Public Member
    State Professional Responsibility Board
    Oregon State Bar
    2015 - 2018

    Member of Board of Directors
    Liberty House Child Abuse Assessment Center
    2006 - Present

**CLINICAL/COUNSELING PSYCHOLOGY, PHD**

**EDUCATIONAL RECORD**
Graduation:  June, 1982

    Core Areas of Study

| | | |
|---|---|---|
| 1. | Statistical Methods | 4 hours |
| 2. | Research Design | 7 hours |
| 3. | Learning Theory | 3 hours |
| 4. | Physiological Psychology | 6 hours |
| 5. | History and Systems of Psychology | 9 hours |

| | | |
|---|---|---|
| 6. | Developmental Psychology | 9 hours |
| 7. | Personality Theory | 6 hours |
| 8. | Abnormal Psychology | 10 hours |
| 9. | Social Psychology | 6 hours |
| 10. | Others | 6 hours |
| 11. | Individual Differences | 3 hours |
| 12. | Psychological Tests & Measurements | 10 hours |

### *COURT TESTIMONY AND DEPOSITION - January 1998 through Present*

**Testimony**

Tiffany Eggleton vs. Jefferson County, Multnomah County and the City of Portland, Multnomah County, Oregon
Case No. 15CV28231
October 15, 2016

N.E./E.S. et al v. State of Oregon
Multnomah Cty Case No. 14CV05451
December 8, 2014

Doe v. Diocese of Yakima, et al.
Case Jurisdiction:  United States District Court for the Eastern District of Washington
Case No. CV-11-3073-EFS
March 18-19, 2014

A.M v. Craig Steven Ley and Pacific Intercultural Exchange, U.S.A., Inc.
Circuit Court of the State of Oregon for Multnomah, Case No. 1102-02024
September 27, 2012

Casey Deckard v. Diana Bunch and Jeffrey N. King as Personal Representative of the Estate of Roland King, Case No. 102298, Circuit Court of the State of Oregon for Lincoln County
May 11, 2012

U.S. v. Sr.A Kyle R. Dietz, USAF, AETC 56; Luke AFB, AZ
Contact:  Julie A. Beyer, Capt., USAF, Trial Counsel
February 2, 2012

U.S. v. Chadwick Keith Brannon, Case No. 4:09-CR-038-WEJ-RLV,
U.S. District Court, Northern District of Georgia
March 30, 2011

B.D., by and through his guardian ad litem, Douglas Fellows, an individual, Plaintiff v. State of Oregon, by and through its Department of Human Services, et. al. Defendants
Case No 0912-16976 in the Circuit Court of the State of Oregon for the County of Multnomah
October 12, 2011

U.S. v. C.R., Case No. CR-09-0155, Eastern District of New York
October 8, 2010

U.S. v. Heady, USMC, MCAS Cherry Point, NC

Contact:  Kevin Shows, Major, USMC, Joint Law Center, Cherry Point, NC
October 29, 2010

U.S. v. Laursen, Case No. 08-00263-01-CR-W-HFS, Western District of Missouri
September 17, 2010

U.S. v. Faxon, Case No. 09-14030-CR-DLG/FJL, U.S. District Court, Southern District of Florida
January 19, 2010

U.S. v. McDaniel, Case No. 4:08-CR-026-01-HLM, U.S. District Court for the Northern District of Georgia, Rome Division
December 22, 2009

U.S. v. Jason David Bingham, Case No. 09-CR-10422
U.S. District court, Southern District of Florida
December 30, 2009

U.S. v. Howard Fluitt, Case No. 09-14014-CR-DLG and 09-14037-CR-DLG,
U.S. District Court of Southern Florida
November 30, 2009

U.S. v. Phillip M. Jacobs, Corporal, U.S. Marine Corps, Navy and Marine Corps Trial Judiciary, Western Pacific Judicial Circuit
October 16, 2009

A.G. v. Robert Guitron; Aerobic and Dancewear Shoppe LLC, dba Lake Oswego Academy of Dance,  Case No. 0609-09578, Multnomah County Circuit Court
October 10, 2007

Joan Thomas v. William L. Newton, M.D.                Complaint for Medical Malpractice
Case No. 0406-06635
Multnomah County Circuit Court
January 18, 2006

Kristofer Leake v. Distribution, Inc., etc.
Case No. 02C-21348
Marion County Circuit Court
March 16, 2005

C.Y. v. Church of God in Christ, Inc., et. al.
Case No. 0404-04052
Multnomah County Circuit Court
June 7, 2005

T.R. v. The Boy Scouts of America, et. al.
Case No. 020605750
Multnomah County Circuit Court
April 2004

Jane Doe v. Oregon Conference of Seventh-Day Adventists, Defendant
Case No. 00C11876
Marion County Circuit Court
October 2002

Jane Doe II v. Oregon Conference of Seventh-Day Adventists, Defendant
Case No.  00C11875
Marion County Circuit Court
October 2002

Ah Young Shin, Plaintiff, v. Sunriver Preparatory School, Inc., Defendant
Case No. 99CV0417MA
Circuit Court of the State of Oregon for the County of Deschutes
April 2001

**Deposition**

Aland Al Zandi, a minor; Jihan Kichani and Mohammed Al Zandi, and the marital community comprised thereof, and as parents and guardians of Aland Al Zandi v. Emma Grabinski, M.D., individually and for the marital community with John Doe Grabinski, Kennewick Public Hospital District, a Public Hospital District operating as a Local Governmental Entity in the State of Washington and Does 1 through 50, inclusive Defendants
Benton County Superior Court
Case No:  15-2-02238-2
Complaint for Damages for Medical Negligence

K.H. as guardian for minor daughter, D.H.; K.H. and G.H., individually v Olympia School Dist.
Superior Court of the State of Washington for Thurston County
Case No. 14-2-01243-5
October 13, 2015 – 2.0 hours (Telephonic Deposition)

Fisher v. Clover Park School District, Defendant
Case No. 13-2-15884-7
In the Superior Court of the State of Washington for Pierce County
May 6, 2015 – 4.75 hours (Video Conference Deposition)

J.H. Plaintiff, v. Corporation of the Catholic Archbishop of Seattle, a sole corporation Defendant.
Case No. 12 2 03259 5
In the Superior Curt of the State of Washington for Whatcom County
March 9, 2015 – 3.0 hours      (Deposition)
March 31, 2015 – 2.0 hours (Telephonic Deposition)
April 16, 2015 – 5.25 hours (Perpetuation Deposition)

A.K.M. and J.E.M. v. The Alaska Club, Inc. and Shnon Hero Choi
Case No. 3AN-07-6978 CI
In the Superior Court for the State of Alaska, Third Judicial District at Anchorage
April 27, 2009 – 3.5 hrs.

T.T.D.S., S.S., G.L., & C.M., Plaintiffs v.
The Salvation Army aka the Salvation Army, Northwest Division, A California Nonprofit Corporation and Robert Lee DeHaan, individually, Defendants
Case No. 07-2-03505-2 KNT
Superior Court of the State of Washington for King County
Deposition: 6/19/08 and 6/20/08 - 11 hrs total

Robert Curtis, Plaintiff, v.
North Lincoln Hospital Health District dba North Lincoln Hospital, and MRI Imaging Services II, Defendants
Case No. 941288
In the Circuit Court of the State of Oregon for the County of Lincoln
Deposition: 5/14/99