# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

"AURORA",

        Plaintiff,

v.

PATRICK ALLEN SHEELY,

        Defendant.

Case No. C16-1358RSM

ORDER STAYING CASE

On June 22, 2017, Plaintiff informed the Court that it had received notice of Chapter 7 bankruptcy proceedings involving Defendant.[1] Dkt. #46. Thus, it appears that this matter is now subject to an automatic bankruptcy stay.

Accordingly, the Court hereby finds and ORDERS:

1. The Clerk shall enter a STAY in this matter pending the outcome of Defendant's bankruptcy proceedings.

2. The parties shall promptly notify the Court when the bankruptcy proceedings have concluded and/or if the status of the automatic stay changes for other reasons.

3. The Clerk shall REMOVE Plaintiff's pending motion for judgment (Dkt. #43) from the Court's motion calendar. Once the stay is lifted and this matter proceeds, the

---

[1] Defendant has not provided notice to this Court of the bankruptcy proceedings.

ORDER
PAGE - 1

Court will replace the motion on the Court's calendar and will consider it at that time, unless otherwise directed by the parties.

4. The Clerk SHALL forward a copy of this Order via U.S. Mail to Defendant at the following address:

Patrick Allen Sheely
21105 21st West
Lynnwood, WA  98036

and to Defendant's bankruptcy counsel:

Thomas D. Neeleman
Attorney At Law
1904 Wetmore Ave., Suite 200
Everett, WA 98201

and to the Bankruptcy Trustee:

Michael P. Klein
330 Madison Ave. S., Suite 110
Bainbridge Island, WA  98110

DATED this 26 day of June, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2