UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

"AURORA",

            Plaintiff,

v.

PATRICK ALLEN SHEELY,

            Defendant.

Case No. C16-1358RSM

ORDER TO SHOW CAUSE

On June 22, 2017, Plaintiff informed the Court that it had received notice of Chapter 7 bankruptcy proceedings involving Defendant.[1] Dkt. #46. Thus, it appeared that the matter was subject to an automatic bankruptcy stay. As a result, the Court ordered that the case be stayed, and directed the parties to promptly notify the Court when the bankruptcy proceedings had concluded and/or if the status of the automatic stay changed for other reasons. Dkt. #48. The Court also removed Plaintiff's pending motion for judgment (Dkt. #43) from the Court's motion calendar. *Id.*

There has been no further communication from the parties in this matter for nearly one year. However, the Court is now aware that Defendant's bankruptcy proceedings concluded in September of 2017, and it appears that his bankruptcy action was closed in October of 2017. *See In re Sheely*, Bankruptcy Case No. 17-12590-MLB.

---

[1] Defendant himself had not provided notice to this Court of the bankruptcy proceedings.

ORDER
PAGE - 1

Accordingly, the parties SHALL SHOW CAUSE **no later than seven (7) days from the date of this Order**:

1.  Why the stay in this matter should not be lifted; and

2.  Why Plaintiff's motion for judgment (Dkt. #43) should not be replaced on this Court's motion calendar or why this case should not be closed.

3.  The Clerk SHALL forward a copy of this Order via U.S. Mail to Defendant at the following address:

    Patrick Allen Sheely
    21105 21st West
    Lynnwood, WA  98036

    and to Defendant's bankruptcy counsel:

    Thomas D. Neeleman
    Attorney At Law
    1904 Wetmore Ave., Suite 200
    Everett, WA 98201

DATED this 29 day of May, 2018.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE