UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

"AURORA,"

        Plaintiff,

v.

Patrick Allen Sheeley,

        Defendant.

NO. C16-1358 RSM

ORDER GRANTING PLAINTIFF'S MOTION TO QUASH WRIT OF ATTACHMENT

THIS MATTER, having come before the Court on the Plaintiff's Motion to Quash Writ of Attachment, the Defendant having filed no opposition thereto, and the court having reviewed all materials provided, the Court is fully informed to decide this matter. IT IS HEREBY ORDERED that:

Plaintiff's Motion to Quash Writ of Attachment (Dkt. #53) herein is GRANTED and the Writ is hereby quashed.

DATED this 14th day of June 2018.

                                              RICARDO S. MARTINEZ
                                              CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION TO QUASH WRIT OF ATTACHMENT - 1

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

PRESENTED BY:

CAROL L. HEPBURN, P.S.
 s/Carol L. Hepburn
Carol L. Hepburn, WSBA No. 8732
Of Attorneys for Plaintiff

ORDER GRANTING PLAINTIFF'S MOTION
TO QUASH WRIT OF ATTACHMENT - 2

**CAROL L. HEPBURN, P.S.**
**ATTORNEYS AT LAW**
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273