UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| "Aurora",<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Patrick Allen Sheely,<br><br>　　　　　Defendant. | NO. C16-1358 RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER OF DISMISSAL PURSUANT TO RULE 41(a)(2) |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff has moved by and through counsel for an order dismissing this action with prejudice and without costs to either party. Defendant has failed to respond to the motion. Accordingly,

IT IS HEREBY ORDERED that all claims be dismissed with prejudice and without costs to any party. The $3,000 attachment bond number SAIFSU0711199 filed with this court on November 22, 2016 (Dkt. #13) is hereby exonerated.

DATED this 14th day of June 2018.

　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER
OF DISMISSAL PURSUANT TO RULE 41(a)(2) - 1

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

| 1 | CAROL L. HEPBURN, P.S. |
| --- | --- |
| 2 | |
| 3 | By:   s/Carol L. Hepburn<br>Carol L. Hepburn, WSBA No. 8732 |
| 4 | J. William Savage, WSBA No. 32148<br>200 First Avenue West, Suite 550 |
| 5 | Seattle, WA 98119<br>(206) 957-7272 |
| 6 | (206) 957-7273 fax<br>Emails: carol@hepburnlaw.net |
| 7 |         jwsavage@earthlink.net<br>Of Attorneys for Plaintiff |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER
OF DISMISSAL PURSUANT TO RULE 41(a)(2) - 2

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273